

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00439-CV

**LONE STAR REPROGRAPHICS, INC.** and Tyler Spielmann,
Appellants

v.

Brianna **BALDERRAMA**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-21964
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE SPEARS

The parties have filed a joint motion stating they have reached a settlement agreement and requesting this court reverse the trial court's judgment and render judgment dismissing appellee Brianna Balderrama's claims in the underlying cause with prejudice. The motion is GRANTED. The judgment of the trial court is REVERSED, and we RENDER judgment that all of Brianna Balderrama's claims in the underlying cause are DISMISSED WITH PREJUDICE. It is ORDERED that any surety posting a supersedeas bond to supersede judgment pending this appeal is RELEASED. In accordance with the parties' agreement, costs of appeal are assessed against the parties who incurred them.

SIGNED December 23, 2025.

_____
Irene Rios, Justice